Helen GRUNDMAN, Widow of Hilbert F. Grundman, Deceased,

v.

CHICAGO, ROCK ISLAND & PACIFIC RAILROAD COMPANY, a corporation.

No. 5414.

United States Court of Appeals Tenth Circuit.

June 28, 1956.

Foulston, Siefkin, Schoeppel, Bartlett & Powers, Wichita, Kan., for appellant.

Lilleston, Spradling, Gott & Stallwitz, Wichita, Kan., and Clayton M. Davis and Mark L. Bennett, Topeka, Kan., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS, Circuit Judge.

PER CURIAM.

Dismissed pursuant to stipulation of the parties.